UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA

JENNIVER CAPTVILLE, *et al*

VERSUS

LIBERTY MUTUAL
INSURANCE COMPANY, *et al*

CIVIL ACTION

NO. 10-267-JJB

### RULING ON MOTION IN LIMINE

This matter is before the Court on a Motion in Limine (Doc. 39) filed by the Plaintiffs, Jenniver Captville and Lisa Beasley, to exclude the Defendants, Liberty Mutual Insurance Company and Mississippi Management Group a/k/a MMI Hotel Group, Inc. d/b/a Holiday Inn Baton Rouge South, from introducing evidence or testimony referencing medical license suspensions of one of Ms. Captville's treating physicians, Dr. Ronald Sylvest. The Motion is unopposed. Oral argument is unnecessary.

The only evidence presented detailing Dr. Sylvest's medical license suspensions indicates that his license has been suspended three times due to issues with alcohol and failure to report a prescription medication refill to the Louisiana State Medical Board. The Court finds that evidence or testimony related to Dr. Sylvest's medical license suspensions is irrelevant according to Federal Rule of Evidence 401.

Accordingly, Plaintiffs' Motion in Limine (Doc. 39) is **GRANTED**.

Signed in Baton Rouge, Louisiana, on November 1, 2012.

_____
**JAMES J. BRADY, DISTRICT JUDGE**